# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID W. YOUNG

NO. 2024 KW 0391

**JULY 15, 2024**

---

In Re:   David W. Young, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         07-15-0122.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

EW
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT